May 21, 2013.



# JUDGMENT

## The Fourteenth Court of Appeals

REHAK CREATIVE SERVICES, INC. AND ROBERT REHAK, Appellants

NO. 14-12-00658-CV                    V.

ANN L. WITT, ELLEN WITT, RAYMOND WITT AND ANN WITT CAMPAIGN, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, ANN L. WITT, ELLEN WITT, RAYMOND WITT AND ANN WITT CAMPAIGN, signed June 22, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, REHAK CREATIVE SERVICES, INC. AND ROBERT REHAK, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.